DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DERRICK T. McCLAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-399

_____

March 27, 2024

Appeal from the Circuit Court for Sarasota County; Rochelle Curley, Judge.

Howard L. Dimmig, II, Public Defender, and Christopher Desrochers, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.